MATTHEW B. CRAMER #BV7191
Name and Prisoner/Booking Number

NORTH KERN STATE PRISON
Place of Confinement

P.O. BOX 5005
Mailing Address

DELANO, CA 93216
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

RECEIVED
OCT 23 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

FILED
OCT 23 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW B. CRAMER AND
ANY/ALL PLAINTIFF'S SIMILARLY
SITUATED et alis
(Full Name of Plaintiff)            Plaintiff,

v.

(1) DIRECTOR OF CORRECTIONS,
(Full Name of Defendant)
(2) WARDEN OF NKSP,
(3) C/O GAMBOA   (C2B-Unit),
(4) C/O KOTTON,
Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 1:23-CV-01511-CDB(PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

JURY TRIAL DEMAND

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☑ Other: U.S.C 42 1983

2.  Institution/city where violation occurred: NORTH KERN STATE PRISON

Revised 3/15/2016

1

## B. DEFENDANTS

1. Name of first Defendant: _DIRECTOR OF CORRECTIONS_. The first Defendant is employed as:
_DIRECTOR (CHIEF)_ at _CDCR HQ SACRAMENTO_.
(Position and Title)               (Institution)

2. Name of second Defendant: _WARDEN @ NKSP_. The second Defendant is employed as:
_____ at _NORTH KERN STATE PRISON_.
(Position and Title)               (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
(Position and Title)               (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
(Position and Title)               (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? _?_. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _CRAMER_ v. _CAMBRA_
      2. Court and case number: _C95-3654 CAL_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _DISMISSED W/O Prej._
      _USED IN STATE/FEDERAL PROSECUTION OF GUARDS_

   b. Second prior lawsuit:
      1. Parties: _CRAMER_ v. _KUSHNER_   ?
      2. Court and case number: _CIV-01-2163_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _DISMISSED W/O_

   c. Third prior lawsuit:
      1. Parties: _CRAMER_ v. _____
      2. Court and case number: _99-1605 LKK-GGH_
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____
      _? NOT SURE_.

RELEVANT

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

**D. CAUSE OF ACTION**

**CLAIM I**

1. State the constitutional or other federal civil right that was violated: _8th AMENDMENT_

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☒ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ✱ NOTE ATTACHED VICTIM/WITNESS STATEMENTS EXHIBITED PAGES ——

   PLAINTIFF WAS INSTRUMENTAL IN FILING A SUIT NAMING LITERAL COUNTLESS OFFICERS IN A STATE WIDE CDCR INTERNAL VS. OFFICERS ABUSE ON INMATES, WHEREAS THESE (2) CASES THIS INMATE FILED WERE USED IN A EXHIBITS & TESTIMONY IN STATE & FEDERAL PROSECUTION OF CDC OFFICERS SGT. MIKE POWERS, OFFICERS JOSE GARCIA, DAVID LEWIS ALL CONVICTED. TO DATE (DE-JA-VUE) THESE ISSUES CONTINUE AND PLAINTIFF IS SUFFERING EXTREME FEAR AND ABUSES OF DAILY INCIDENTS THAT WARRANT U.S FEDERAL NOTIFICATION & PROTECTION WHILE THIS 8th AMENDMENT CLAIM OF ABUSE, INCLUDING ATTACHED DECLARATIONS AND ORIGINALS, DUE TO VIA) OFFICERS TAKING OR HAVING PREDATORY INMATES.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). SEE: ATTACHMENT

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?    ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _OBSTRUCTED & VICTIMS ASSAULTED_

3

# CLAIM I

WHO STEAL INMATES MAIL, PAPERS BEING DROPPED IN THE C-2 UNIT MAIL BOX. WHERE AT NIGHT THE OFFICER WILL GO THRU THE BOX SCREENING MAIL — THEN MAKES AN OVERT COMMENT SOMEONE IS "SWITCHING" OBSTRUCTED ANY ATTEMPTS TO SEND OUT MAIL.

PLAINTIFF CRAMER HAS BEEN TO STATE PRISON OVER 80 TIMES. SEEN PEOPLE SHOT STABBED, THROWN OFF TIERS 5 STORIES HIGH, SEEN THEM JUMP. WITNESSED MURDERS, SEEN GROSS ABUSE OF ATROCIOUS ABUSES BY GUARDS. THIS TERM IS BYE FAR THE WORST. (SEE: HYATT DECLARATION)

ON ABOUT 9-23-23 IN ARRIVING AT C-2B DORM, C/O GAMBOA MADE AN ANNOUNCEMENT CITING: FOR ALL THOSE WHO ARE WEAK OR SEX OFFENDERS, IN THIS UNIT NO ONE CARES, AND I DON'T PLAY THAT CRAP IN C-2.

(A)

# Claim I.

UPON THEN. WE ENTERED THIS C-2 DORM. SEVERAL INMATES WHO ARE GAMBOA'S & C/O COTTON'S C-2 INMATE WORKERS (1, 2, 3, 4, 5, +) (ALL IDENTIFIABLE). INSTRUCTED ALL OF US TO HAVE A SEAT AT A TABLE FOR ORIENTATION — WHERE THE LEAD (plus 5) PORTER CITED:

"FOR THOSE WHO ARE SEX OFFENDERS TELL US NOW, CAUSE OFFICER GAMBOA, & COTTON WILL TELL US. — SO IT'S BEST DO SO NOW. AND IF YOU ARE NOT SHOW US. YOUR PAPERWORK. MYSELF TO HAVE GRAND THEFT / STOLEN PROPERTY PAPERWORK. NOT A SEXUAL OFFENDER SO I WAS LEFT ALONE. A FEW OTHERS STEPPED FORWARD AND ONE DENIED HAD NO PAPERWORK, OFFICER GAMBOA TOLD HIS WORKERS HE INDEED WAS A CHILD MOLESTER.

(B)

CLAIM I        pg. C

AS WE WERE ASSIGNED OUR BED
(Bunks) THESE Workers WITH Gamboa
PRESENT TOLD US TO WHERE WOULD
BE PLACED. — ALL DIFFERENT FROM
WHAT THE CONTROL CUSTODY WAS
ORDERED — ALL CHILD MOLESTERS
OR SEX OFFENDERS WERE PLACED
ON UPPER TIER "B" SECTION.

WHERE THEY WERE ESCORTED THEN
LITERALLY ALL THEIR CANTEEN
PROPERTY (FOOD, STAMPS, HYGIENE
PROPERTY etc..) WAS STOLEN AND
2-3-4 OTHER PREDATORY Workers
BEAT UP THESE SEX OFFENDERS

AT ALL TIMES C/O GAMBOA ALSO
WITNESSED THIS. — THESE VICTIMS
ARENT ALLOWED TO (OR DON'T)
GET OFF THEIR BUNKS CALLED
"CHO MO ROW" IN FEAR, ITS
OPEN SEASON FOR ASSAULTS

CLAIM I - (pg. D)

DAILY. WHEN THEY COME DOWN
FOR FOOD TRAYS BY WORKERS.
A.M. & P.M THEIR FOOD IS SPIT
IN IT, MISSING MAIN COURSE,
LUNCHES MISSING CHIPS, COOKIES,
NO MILKS, etc. WITH Comments
"DON'T SNITCH. CTO MO..

( * SEE: DECLARATIONS OF )
KAUITE, HYATT, HIGGINS,

PLAINTIFF CRAMER, HAS WITNESSED
DAILY EVENTS, THAT INCLUDE
"PREA" (SEE FLYER (SPANISH ONLY)
ABUSES.

EACH DAY. A WHEELCHAIRED
VICTIM HAS BEEN ROLLED TO
BATHROOM ONLY TO BE ORDERED
TO COMMIT FELACIO OR HAD
A PENIS PUT IN HIS FACE
& TOLD TO SUCK IT...

(SEE: HIGGINS DECLARATION )

# CLAIM I (Pg. E)

PLAINTIFF CRAMER DAILY WITNESS
OF INMATES ABUSING, ASSAULTING
INMATES INCLUDING ONE STABBING
INVOLVING OFFICER GAMBOA'S *
C/O COTTON'S 1-2-3-4-5 WORKERS.

WHEN INMATES EVEN TRY TO
COMPLAIN WITH THE GRIEVANCE
OR SUSPECTED OF COMPLAINTS
THEIR LABELED A SNITCH OR
ASSAULTED, OR ALL PROPERTY
TAKEN — ATTACKED AT NIGHT

THIS PLAINTIFF (CRAMER) HAS
BEEN THREW IT REPEATEDLY
AS LATE AS 9-1-79 WHEN HE
WAS STABBED IN RETALIATION
FOR WHISTLE-BLOWING IN C-FILE

PLAINTIFF CRAMER IS HAVING ISSUES
OF CONFIDENTIAL OBSTRUCTIONS TO
CONTACT OFFICE OF INTERNAL
AFFAIRS.

(E)

## Claim I                    Pg. F

THIS ISSUE HERE IS WORSE &
MIRRORED TO THE 95 BEATING
& PROSECUTION OF GUARDS IN
THE "BEATING OF CHILD MOLESTORS"
WHICH NOW INVOLVE SEXUAL
SOLICITATION AND ASSAULT ON
VICTIMS. THAT THIS INMATE WHO
(AND OTHERS) IS DAILY WITNESSED
BY GUARDS WHO TOO AREN'T
FAMILIAR WITH THE 95 EVENTS.

# IT SHOULD NOTE — THE COURT
IN C95-3654 CAC 99-1605 LKK
U.S. — DISTRICT COURT        GGH

WITH PUBLIC ARTICLES, CAN SEE
HOW EXPOSIVE THIS WAS THAT
INCLUDE U.S. PROSECUTOR MS.
MELINDA HAAG INTERVINED.

WHERE I NEED COURT U.S.
MARSHAL INVOLVEMENT ....

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _8th AMENDMENT_

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

OFFICERS GAMBOA / COTTON BOTH PROVIDE COMPUTER CHECKS (SOMS) OF DAILY INMATES CHARGES THEN DURING CANTEEN DRAWS DO BALANCE CHECKS OF CHILD MOLESTORS, PROVIDING HIS PREDATORY WORKERS OF VICTIMS & MONEY AVAILABLE THEN WITH LIST IN HANDS - THE PREDATORY INMATES FILL OUT ALL AVAILABLE FUNDS OF THE VICTIM, MAKING THE CHILD MOLESTOR VICTIM SIGN & GO TO CANTEEN (VIA EXTORTION) PICK UP WITH FELLOW PREDATORS ALL ORDERED CANTEEN ONLY TO RETURN AND BE TAKEN ONCE RETURNED (SEE: KLUTE DECLARATION) - ALSO THESE PREDATORS ARRANGE FOR THE VICTIMS TO GET A PHONE CALL TO ORDER THEIR FAMILY TO PUT MONEY ON THEIR BOOKS FOR PROTECTION OR GET BEAT UP. - OFFICER GAMBOA & COTTON (KOTTON) PROVIDE PREDATORY INMATES WITH SOMS INFO. & SO, CRAZY THAT OFFICER KOTTON, TAKES A 3rd OF CANTEEN STOLEN & OFFERS A 2 FOR 1 STORE ON ITEMS.

SEE ATTACHED CLAIM II

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. THEIR OBSTRUCTING COMPLAINTS IN FEAR & ENTICEMENT

4

CLAIM II     (Pg. A)

IN CLAIM II

ATTACHED IN DECLARATIONS. THIS PLAINTIFF
HAS NO CHOICE BUT TO MAIL THIS COURT
HIS ORIGINAL COPIES. DUE TO THE OFFICER(S)
DISCARDING HIS MAIL.

ENCLOSED IS PLAINTIFFS LEGAL OUT-GOING
MAIL LOG. — MISSING IS — (2) COMPLAINTS
TO OFFICES OF INTERNAL AFFAIRS, (1) OFFICE
OF INSPECTOR GENERAL & (2) LETTERS TO
CDC HQ APPEALS BRANCH. ..... WHICH TELLS
ME THEIR OBSTRUCTING

PLAINTIFF CRAMER HAS INCLUDED THE

LETTER BY TOMMY HYATT
STATEMENT BY HIGGINS
STATEMENT BY ~~ADA~~ KUITE
PLAINTIFF HAS 10 + LISTED VICTIMS
& 15-20 WITNESSES AVAILABLE

CLAIM II        pg. B

VICTIMS HERE ARE BEING EXTORTED OR
BEAT UP. THREATEN FOR SEXUAL ASSAULTS
BY THESE PREDATORY WORKERS.

AT ALL TIMES OFFICERS ARE AWARE OF
SUCH ABUSES INCLUDE DAILY FIGHTS
THAT INCLUDE ONE INMATE BRANDISHING
A KNIFE TO SILENCE A THREAT, THE
INMATE WENT TO OFFICER KOTTON IN
FEAR, ONLY TO BE LABELLED A
CHILD MOLESTING SNITCH (HIGGINS
STATEMENT) - ONLY TO A DAY LATER
THIS INMATE WITH OTHERS STABBED A
BLACK INMATE -

* NO WITNESSES WERE INVIDUALLY ASKED
OR QUESTIONED OF WHO'SE WHO etc.?
THIS PLAINTIFF WITNESSED OF WHO'SE
WHAT'S & HOW TO NO AVAIL PLUS 10
OTHERS WHO WANT TO STEP FORWARD

# CLAIM II                    Dg. C.

2 of 5 INMATES INVOLVED THAT STABBING ARE ALSO PART OF THE EXTORTION GANG AND PREA (PRISON RAPE Elimination ACT) COMPLAINTS.

ON BI-DAILY INMATE HIGGINS IS BEING SEXUALLY SOLICITED AND WITH SEXUAL DAILY OVERTURES — WITH PREDATORY INMATES NOW 2-3 DIFFERENT INMATES SOLICITING OR ASKING HIM, PULLING THEIR PENISES OUT TELLING HIM TO SUCK IT. HIGGINS TRIED TO COMPLAIN TO NO AVAIL.

PLAINTIFF BEGS COURT TO REVIEW

C95-3654 CAL (NORTHERN DIST)
± 99-1605 LKK-GGH (EASTERN)
Google, ARTICLES:
     MATTHEW CRAMER CHINO STATE PRISON

" OFFICER PLOTS ATTACK ON INMATE "
SAC. BEE : CONVICTED OFFICERS
Sgt. MICHAEL POWERS, JOSE GARCIA et al.
     S.F. DOG MAULERS. ATTY'S ROBERT NOEL

CLAIM II        PS. D.

PLAINTIFF'S LIFE IS IN DANGER IN
THIS MATTER.

* ASIDE FROM FORMA PAUPERIS ISSUES
HIS HOPE IS U.S. COURT WILL
BRING ATTENTION TO OUR SAFETY
IN A DE-JA-VUE 25 YRS
LATER EVENT

PLAINTIFF'S SAFETY IS ENDANGERED AS
ALL PLAINTIFF'S SIMILARLY SITUATED.

* NOTE — IN LIEU OF STOLEN AFFIDAVITS
PLAINTIFF HAS TO MAIL ENTIRELY TO
THE COURTS FOR ORIGINAL KEEPING

@ THIS TIME ALL STAFF ARE OBSTRUCTING
ALL COMPLAINTS, COPIES, + MAIL

## CLAIM II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Claim II.** Identify the issue involved. Check **only one.** State additional issues in separate claims.

☐ Basic necessities  ☐ Mail  ☐ Access to the court  ☐ Medical care
☐ Disciplinary proceedings  ☐ Property  ☐ Exercise of religion  ☐ Retaliation
☐ Excessive force by an officer  ☒ Threat to safety  ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

PLAINTIFF HAS SUFFERED RETALIATORY ABUSES THAT
INCLUDE BEING STABBED AS LATE AS 2019-2020
AT NEW FOLSOM

PLAINTIFF'S ARE IN FEAR OF GUARDS PURPOSELY
SETTING UP PLAINTIFF WITH WRITE-UPS, BEING
VICTIMED, HARMED OR KILLED

SO MUCH SO, IF ANYTHING HAPPENS TO ME

CONTACT SPOUSE OLIVIA BARRIOS
836. S. VENTURA
VISALIA, CA 93223

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
PLAINTIFF IS NOW SUFFERING PTSD FEAR OF SAFETY DUE TO
DE-JA-VU - ABUSES THAT INCLUDE 95-TO DATE
INJURIES

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
   SEE MAIL LOG

4

MISSING DOC'S

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: _8TH AMENDMENT_

2. **Claim III.** Identify the issue involved. Check **only one.** State additional issues in separate claims.
   - [ ] Basic necessities
   - [ ] Disciplinary proceedings
   - [ ] Excessive force by an officer
   - [ ] Mail
   - [ ] Property
   - [ ] Threat to safety
   - [ ] Access to the court
   - [ ] Exercise of religion
   - [ ] Other: _____
   - [ ] Medical care
   - [x] Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   _FROM 1995 CAL - C95-3654 CAL to 99-1605 LKK-GGH TO 2006 - TO 2019-20 TO PRESENT PLAINTIFF HAS NOW BEGUN PTSD, RETALIATION & FEAR WITNESSING DE-JA-VU INCIDENTS INVOLVING GUARD PARTICIPATION TO DATE & IS TOO SCARED HERE TO OPENLY COME FORWARD &_

   _BEGS THIS COURT TO VIEW C95-3654 CAL - 99-1605 LKK-GGH (I THINK #) ARTICLES ETC. AND NOTED "BIGGEST CDC INVESTIGATION IN CDC HISTORY"_

   _CAUSED BY THIS PLAINTIFF'S WHISTLE-BLOWING THAT INCLUDES PUBLIC NOTICES COURT T.V. INTERVIEWS, NEWS, 60 MINUTES INTERVIEWS, MSNBC_

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? [x] Yes [ ] No
   b. Did you submit a request for administrative relief on Claim III? [x] Yes [ ] No
   c. Did you appeal your request for relief on Claim III to the highest level? [x] Yes [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _SEE MISSING MAIL LOG_

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

CLAIM III          Pg. A

PROSECUTION OF CDC CORRECTIONAL
OFFICERS, SGT. MICHAEL POWERS,
OFFICERS JOSE R. GARCIA, OFFICER
DAVE LEWIS.

MURDER OF: WILLIAM BOYD
RICHARD MARTINEZ @ PELICAN
BAY.

PLAINTIFF BEING PUBLICLY SET UP
AT CHINO STATE PRISON
Google: MATTHEW CRAMER
CHINO STATE PRISON

"OFFICER PLOTS ATTACK ON INMATE
FOR TO MANY COMPLAINTS."
RETALIATION

RETALIATION: SET UP 2019-20
STABBED @ NEW FOLSOM

CLAIM III          Pg B

Now PLAINTIFF REQUESTS

FOR U.S MAGISTRATE TO
RECOGNIZE THESE DAILY
EVENTS IN DECLARATIONS

FOR U.S. COURTS "LEVERAGE"
TO GET CDCR OFFICIALS
TO INVESTIGATE

BEFORE SOMEONE (MYSELF)
DIES.          (SEE HYATT letter)

RESPECTFULLY

*Jury Trial Demand*

## E. REQUEST FOR RELIEF

State the relief you are seeking:

PLAINTIFF'S HOPE IS THE U.S. COURTS INTERVENE OF THESE SERIOUS INJURIES AND VICTIMS THAT WITH HISTORY IN CONTINUAL ON-GOING GUARD PARTICIPATION THAT HIGHER-UPS INVESTIGATE + ASSIST VICTIMS IN THEIR FREE OF ABUSE

ALL PLAINTIFF ACTS IS THE COURT W/LEVERAGE GETS THIS NOTED TO GET HELP

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10-15-23___
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

| Date | ID | Edu | CDC# | Last | Yard | Signature | Address |
|------|----|----|------|------|------|-----------|---------|
| 8/9/2023 | X | | BV7191 | CRAMER | D | | TULARE CO PUBLIC DEF 221 S MOONEY VISALIA, CA 93291 |
| 8/11/2023 | X | | BV7191 | CRAMER | D | | TULARE PUBLIC DEF 221 S MOONEY VISLIA, CA 93291 |
| 8/14/2023 | X | | BV7191 | CRAMER | D | | TULARE CO JUVENILE CRT 11200 AVE VISLAIA, CA 93291 |
| 8/14/2023 | X | | BV7191 | CRAMER | D | | TULARE CO PUBLIC DEF 221 S MOONEY VISALIA, CA 93291 |
| 8/15/2023 | X | | BV7191 | CRAMER | D | | TULARE CO PUBLIC DEF 221 S MOONEY VISALIA, CA 93291 |
| 8/21/2023 | X | | BV7191 | CRAMER | D | | TULARE CO SUPERIOR CRT 221 S MOONEY VISALIA, CA 93291 |
| 8/23/2023 | X | | BV7191 | CRAMER | D | | TULARE CO MARY MOSS 221 S MOONEY VISALIA, CA 93291 |
| 9/6/2023 | X | | BV7191 | CRAMER | D | | TULARE CO SHERIFFS 221 S MOONEY VISALIA, CA 93291 |
| 9/13/2023 | X | | BV7191 | CRAMER | D | | DEPT OF JUSTICE 455 GOLDEN GATE AVE SF, CA 94102 |
| 9/26/2023 | X | | BV7191 | CRAMER | C | | DUNNING LAW GROUP 5588 N PALM AVE FRESNO, CA 93704 |
| 10/3/2023 | X | | BV7191 | CRAMER | C | | TULARE CO SUPERIOR CRT 221 S MOONEY VISALIA, CA 93291 |
| 10/5/2023 | X | | BV7191 | CRAMER | C | | LAW OFFICE OF DUNNING LAW FIRM 5588 N PALM AVE FRESNO, CA 93704 |
| 10/5/2023 | X | | BV7191 | CRAMER | C | | TULARE CO SUPERIOR CRT 221 S MOONEY VISALIA, CA 93291 |
| 10/5/2023 | X | | BV7191 | CRAMER | C | | CRT CAL LLC 6383 ARIZONA CIRCLE LA, CA 90045 |
| 10/9/2023 | X | | BV7191 | CRAMER | C | | LAW OFFICE MELISSA PRUDIAN 1500 W SHAW FRESNO, CA 93711 |
| 10/9/2023 | X | | BV7191 | CRAMER | C | WTF? | BALTIMORE ORIOLES SECRETARY 333 W. CAMDEN ST BALT, MD 21201 |
| 10/10/2023 | X | | BV7191 | CRAMER | C | | OFFICE OF MELSSA PRUDIAN 1500 W SHAW AVE FRESNO, CA 93711 |
| 10/11/2023 | X | | BV7191 | CRAMER | C | | OFFICE OF DIST ATT 2100 TULARE ST FRESNO, CA 93721 |
| 10/11/2023 | X | | BV7191 | CRAMER | C | | US DIST CRT EASTERN DIST 501 I ST SAC, CA 95814 |
| 10/13/2023 | X | | BV7191 | CRAMER | C | | KASHANI LAW GROUP 2839 S ROBERSON BLVD LA, CA 90034 |

MISSING  OFFICE OF INTERNAL AFFAIRS
MISSING  OFFICE OF INSPECTOR GENERAL

} MAIL OUT

x_____     x_____
CO PRINT NAME                    CO SIGNATURE

_____
DATE

DECLARATIONS :

By:   ADAM HIGGINS
      TOMMY HYATT   BV9986
      URBANO ROBLES
      A. KURTE   *BV5281

VICTIMS:   Extorted/Beat up

      VALENTE Hurtado BV6950
      CODY CALL   BV6921
      RONALD Gutierre   BV5882
      IZAAC MARINO ?
      RICHARD D. CLARK   D73800

ORIGINALS: PLAINTIFF CAN'T OBTAIN
      COPIES @ THIS TIME.

# DECLARATION BY ROBLES

I URBANO ROBLES SINCE 9/23/23 ARRIVED AT C2B DORM AND HAVE WITNESSED SEVERAL CHILD MOLESTING ALLEGED VICTIMS BEING SEXUALLY ASSAULTED, SOLICITED, EXTORTED.

I HAVE WITNESSED THE DORM OFFICERS PUBLICLY WITNESS THESE EVENTS, AND LITERALLY DO NOTHING TO PREVENT THESE ASSAULTS.

SEVERAL OF THE INMATES INVOLVED ARE GANG AFFILIATED ¢ THE OFFICERS USE THEM TO KEEP ORDER IN THE DORM ¢ LETS THEM RUN RAMPANT IN EXTORTION.

I AM IN FEAR OF THIS ¢ AM ALSO SUFFERING FEAR AND PTSD ISSUES SPECIFICALLY TRAUMATIZING DAILY SEXUAL ASSAULTS.

Robles, U
CDC# BV·9707
10·15·23

To whom It may concern,

My name is Adam Kuite. I Am currently in north Kern state Prison reseption. I am on C yard bbuilding 2. On both A and B side I have been beat up And extorted.

Sincerly

Adam Kuite
CDCR#BV5281


THIS I/M GAVE ME THIS NOTE FOR COURTS (1 of 10 victims) WHERE HIS CANTEEN pre-ordered WAS JUST EXTORTED FOR $118 — HIS Family WAS TOLD BY HIM TO ADD Money TO HIS Acct. or GET HURT.

Rec'd 10/14/23
Matt C...

DECLARATION BY

\* IN FEAR OF HIGGINS INABILITY TO SAFELY WRITE THIS DECLARATION WITHOUT PREDATORS VIEWING I WAS ASKED VIA DICTATION TO PREPARE THIS DECLARATION. SIGNED AND DATED BY ADAM HIGGINS (DOB 9-12-77) BS 6265

ON 9/23/23 I HAD BEEN MOVED to C-2-B-SIDE DORM FORCED BY STAFF & INMATES HOUSED & TRUSTEES PLACED IN BUNK 179 L. I AM A DISABLED INMATE CONFINED TO A WHEEL CHAIR

UPON MY ARRIVAL WITH 10+ OTHER INMATES WE WERE APPROACHED BY A UNIT OFFICER C/O GAMBOA WHO SAID: IN MY UNIT NO ONE CARES WHAT YOUR HERE FOR, YOUR SAFE MY INMATE WORKERS AND ALL INMATES IN THIS YOU Unit WILL NOT BOTHER You — FOR THOSE WHO HAVE SEXUAL Charges. — OFFICER GAMBOA THEN

1

Told All OF us To sit AT His ORIENTATION TABLE WITH All His WORKERS.

AS WE All SAT DOWN 6-7 INMATE WORKERS APPROACHED US WHITES, MEXICANS & BLACKS ASKING IF ANY ONE OF US HAD ANY SEX CHARGES TO STEP FORWARD. IF THEY Don't OFFICER GAMBOA & OFFICER COTTON WOULD INFACT IDENTIFY WHO THEY WERE & WHAT THEIR CHARGES WERE. THESE TRUSTEE INMATES ALSO REQUESTED "PAPERWORK CHECKS"... I TOLD THESE GUYS I HAD NO PAPERWORK IN FEAR OF BEING ASSAULTED FOR I HAVE SEX CHARGES.

2+3 OTHER INMATES PROCEEDED TO RAISE THEIR HANDS. SHORTLY THERE- AFTER THE HEAD PORTER WENT INTO OFFICER GAMBOA'S OFFICE WHERE OFFICER GAMBOA GAVE HIM A POSTE-NOTE OF MY NAME & 290 P.C. CHARGES.

I WAS THEN TOLD AND ESCORTED TO MY @ THAT TIME PER INMATE TRUSTEES UNASSIGNED BUNK. THE OTHER 2 INMATES WITH SEX CHARGES WERE ORDERED TO LIVE AT WHAT IS REFERRED AS

"CHO-MO-ROW" (2ⁿᵈ TIER B-SECTION)

2

WHERE 2 INMATES (1.- Hinkle)
BOTH, INMATES WERE DRAGGED TO
THE BATHROOM, ALL THERE PROPERTY TAKEN
(STORE CANTEEN, HYGIENE, PERSONAL
PROPERTY, CUPS, BOWLS, STAMPS, letters
etc) WERE TAKEN. & Hinkle WAS
BEAT UP & TOLD TOO NOT TO SNITCH
IT WAS A FAST 4-5 ON ONE.

AT ALL TIMES. C/O GAMBOA WITNESSED
THIS ASSAULT. IMMEDIATELY THEREAFTER
ALL MY PERSONAL PROPERTY WAS
TAKEN. UPON MY ARRIVAL WITH WHEEL
CHAIR PROVIDED THE R & R OFFICER
LET ME KEEP MY COUNTY SAVED
STAMPED ENVELOPES, MY CUP, BOWL,
SOAP DISH, SHOWER SHOES & 100 STAMPED,
ENVELOPES. SEEING WHAT HAPPENED
TO INMATE Hinkle I IMMEDIATELY
IN STATE OF FEAR, AFTER ALL MY
PROPERTY TAKEN & SLAPPED BY 2
INMATES & TOLD I WILL HAVE TO
"SUCK GORDO'S DICK" OR PAY
$120.ºº STORE CANTEEN. I HAVE 3-4
                                    WITNESSES.

FOOT NOTE:
    AT THIS TIME I'M NOT FAMILAR WITH
ALL VICTIMS NAMES, WITNESSES, OR, SO
I'LL LIST AS  V- VICTIM - W-WITNESS
D-DEFENDANT

3

I THEN WENT IMMEDIATELY TO C/O
GAMBOA IN C-2B UNIT (WHO I
TOLD HIM I WAS IN FEAR AFTER
LOSING ALL MY PROPERTY, SLAPPED
BY 2 PREDATORY INMATES AND
TOLD LATER I WOULD HAVE TO SUCK
BIG GORDO'S DICK. — I AM SCARED.
IN DOING SO, I APPROACHED GAMBOA
WHERE I SPECIFICALLY SAID: (AS 2
OF HIS VOLUNTEER/WORKERS APPROACHED
AND SAID:
    "OF DEPUTY I WANT TO
LEAVE, THEY JUST STOLE MY PROPERTY
& I WAS ASSAULTED AND TOLD TO
SUCK GORDO'S DICK OR BE ASSAULTED
AGAIN — I AM IN FEAR OF MY
SAFETY ....."

    OFFICER GAMBOA ONLY SAID:
I'M NOT A DEPUTY & TOLD THE
OTHER 2 WO INMATE WORKERS
"GET HIM OUT OF HERE.

    WHERE GORDO (C2B-169⁴) AND A
LITTLER KID INMATE PUSHED ME
OUT OF HIS OFFICE TOWARDS THE
BACK WHERE THE LITTLER ONE
BRANDISHED A HOME-MADE KNIFE
& TOOK MY WHEEL CHAIR CUSHION
& GLOVES! AND HE SLAPPED ME
CALLING ME A SNITCH CHOMO

THEN pulled His penis out saying
"Suck it" THEN laughed & put it
Away.... I THEN WENT To My Bunk
AREA. THIS WAS Done By Gordo &
A INMATE THEY called "TROUBLE"

LATER THE SAME NIGHT I WENT To
OFFICER Cotton WHO I TOLD of My
FEAR & THE SLAPPING & SEXUAL ATTEMPTS
INCLUDING THEFT OF OUR PROPERTY,
BEING FORCED To INMATES NOT BEING
ASSIGNED To THEIR OWN Assigned Bunks
AND TROUBLE'S BRANDISHING A KNIFE.

OFFICER Cotton TOLD ME THAT I HAD To
Tell Him WHO HAS THE KNIFE. I DID,
C/o Cotton THEN Told IALL His Workers
I SNITCHED — AND No KNIFE Confiscated
PAYS later A MINI RIOT of MEXICANS
Vs. Blacks WHERE Trouble STABBED
A Black INMATE

I HAVE BEEN IN C-2 B Dorm Since 9-23-23 WITH 15 WITNESSES TO THESE Events. 1, MYSELF HAVE BEEN Sexually propositioned, THREATENED 3 Times To Physically Be Forced to sexually "give HEAD" To GONDO or Sexual Overtures IN violation OF PREA Act. $ IN TElling C/o Cotton WHo TEld Me "GET To Sucking THEN" AND THEN goes To His INMATE Workers Saying I'M Snitching. — Everyday My WHEEl CHAIR IS TAKEN As INMATES RIDE AROUND IN it Popping WHEELies, THE OFFICER Gamboa & Cotton JUST Let it Happen. On One INCIDENT 1 HAD to CRAWL To OFFICE TO Ask THE OFFICER To get my WHEEl CHAIR RETURNED. Only to Be SCARRED For Snitching.

1 WANT TO go to A SAFE Environment AND FREE OF Sexual BATTERY + ASSAULT. (10 Victims)

1 Declare THis TRUE AND Correct Under penalty OF Perjury

10-6-23

Adam Higgins

10-7-23

Hey Matt,

I just want you to know that I might not be here too much longer... It's crazy here. Just in the last two weeks I've seen things go on here that is far worse than the shit I seen go on at Pelican Bay while we were there.

I've seen people whip their dicks out in front of the sex offenders and tell them to suck it or they would get stabbed.

I've seen people extort the sex offenders for their canteen and some didn't even get their store lists because inmates would intercept the store lists before the sex offenders could get them and when the store arrived the inmates would just take it away from the sex offenders.

They are even making them do their laundry for them.

Because I didn't have my paperwork when I arrived, I was told to live on chomo Row with the sex offenders and they tried to take my shoes from me.

Matt, I'm not even a sex offender and I'm experiencing this shit. You know me Matt... I did 27 years in prison on my last number for Killing a sex offender. I dont condone that behavior. But I'm a short termer and I'm not pushing a hard line anymore. I dont want to pick up more time. I'm 56 years old and I'm not going to throw away what life I have left to me.

I made a promise to God that I would make changes in my life and for that promise, I was freed from life in prison. At the end of the day, those sex offenders are someones father, husband, brother or Uncle. Someone loves these people so its not my place to punish these people. Wow... I didnt ever see myself saying such things on this topic.

Look my friend, there are human rights issues going on here that blow my mind. Forced oral copulation, extortion and Gangs (S.I.G.), Security

3

Threat Groups that are having it their way here. The cops here are letting these lames do what ever they want here. I cannot believe that no one hasnt been killed here yet. It is definately on a fast track of happening real soon.

When fights happen in here, its five or six on one and they make it look like a one on one fight. Its all bad here Matt. I may have to lock up if Im threatened by one of these gangs again. they have already stabbed someone here.

I cant go against C/o Cotton or C/o Gamboa. I dont want to end up dead like my friend Billy Boyd in Pelican Bay. Its worse here than it was in Pelican Bay.

I apologize if I seem like a coward Matt but Ive done enough time and Im not going to be a crash dummy anymore. my P.T.S.D. is so bad that

I cannot sleep at night and Im on edge and jumpy. Im not a sex offender Matt... I shouldnt be feeling this way. Im just here on a violation for a possession for salee case for not checking in with probation. Im super stressed out. I threw up tonight because am so stressed out and jumpy. Ive never felt this level of anxiety before in my life. Im thinking about going to mental health because of the way Ive been feeling. I dont want anyone to do violence to me and I dont want to harm anyone anymore. I am scared for my life because the gangs in this building are out of control and they remain unchecked. C/o Cotton and C/o Gamboa let them do what they want.

Please tear this letter up and dont let anyone read it. thank you for telling me why my dear friend Billy was killed in

Pelican Bay, I have a small taste of what he must have experienced because of what I have witnessed and experienced here in Kern. this place is sickening and someone is going to end up dead. It's not a matter of if it's going to happen ... It's just a matter of when. Someone needs to do something about it but I'm afraid to. I just want to do my six months and go home. The only reason I'm telling you this is because I count you as a friend and I dont want you to think badly of me if I leave here all the sudden and dont have time to say goodbye.

with Respect,

Your Friend,

Tony H,

| | CDCR | LAST_NAME | TIER_FLOOR | CELL_BED | DISPENSE_TYPE |
|---|---|---|---|---|---|
| 1 | BW0662 | RODRIGUEZ | NKSP C 002 1 | 000144U | NA/DOT |
| 2 | BV5971 | MOODY | NKSP C 002 1 | 000145L | NA/DOT |
| 3 | BV7207 | JAMES | NKSP C 002 1 | 000148L | NA/DOT |
| 4 | BV7629 | WEBER | NKSP C 002 1 | 000150U | NA/DOT |
| 5 | BV6090 | BUSTILLOS | NKSP C 002 1 | 000162L | NA/DOT |
| 6 | BV0030 | BOLING | NKSP C 002 1 | 000164L | NA/DOT |
| 7 | BV9707 | ROBLES | NKSP C 002 1 | 000169U | NA/DOT |
| 8 | BV5281 | KUITE | NKSP C 002 1 | 000171L | NA/DOT |
| 9 | BV8022 | BAROCIO | NKSP C 002 1 | 000171U | NA/DOT |
| 10 | BT8797 | BALDENEGRO | NKSP C 002 1 | 000178L | NA/DOT |
| 11 | BW0438 | CABUENA | NKSP C 002 2 | 000235U | NA/DOT |
| 12 | BW0390 | KARAPETYAN | NKSP C 002 2 | 000237L | NA/DOT |
| 13 | BV7665 | TRAVIS | NKSP C 002 2 | 000238L | NA/DOT |
| 14 | BV9043 | WILLIAMS | NKSP C 002 2 | 000240U | NA/DOT |
| 15 | BV9980 | GALLARDO | NKSP C 002 2 | 000241L | NA/DOT |
| 16 | BV9076 | AVILA | NKSP C 002 2 | 000242L | NA/DOT |
| 17 | BV9570 | CHAVEZ | NKSP C 002 2 | 000242U | NA/DOT |
| 18 | BH6750 | LEON | NKSP C 002 2 | 000243U | NA/DOT |
| 19 | BV9674 | WETLE | NKSP C 002 2 | 000244L | NA/DOT |
| 20 | BW0667 | CARDENAS | NKSP C 002 2 | 000247U | NA/DOT |
| 21 | BV9632 | GAITHER | NKSP C 002 2 | 000248L | NA/DOT |
| 22 | BF0959 | MOMONGAN | NKSP C 002 2 | 000249L | NA/DOT |
| 23 | BB8888 | NICHOLSON | NKSP C 002 2 | 000251L | NA/DOT |
| 24 | BT5187 | REAL | NKSP C 002 2 | 000253L | NA/DOT |
| 25 | BW0728 | WHITE | NKSP C 002 2 | 000255L | NA/DOT |
| 26 | BW0669 | GAYTAN | NKSP C 002 2 | 000257U | NA/DOT |
| 27 | BV5581 | CHAPMAN | NKSP C 002 2 | 000261L | NA/DOT |
| 28 | BW0136 | CORONADO | NKSP C 002 2 | 000262L | NA/DOT |
| 29 | BR2699 | HACKETT | NKSP C 002 2 | 000263L | NA/DOT |
| 30 | BV7715 | ROGERS | NKSP C 002 2 | 000264U | NA/DOT |

Jerry Justus W.
A2 2-89

Andy Nguyen   CCI
CDC # BI1847   (other)

are they under
correspondence?

10-12-23

ON 10-12-23 (FRIDAY) A NEW OFFICER
IN C2B SIDE. HAD - (MANIPULATED) BY
TRUSTEE INMATES. IN PASSING OUT CANTEEN)
SLIPS. - WITH FULL ACCOUNT OF WHO WAS
FUNDS FOR 3RD DRAW. - I HAD $10 -
ON MY Acct. - TRUSTEES - K - C - C -
P - HAD TAKEN ALL NOTED & PROVIDED
BY OFFICER BALANCE & PRE-PAID - PRE-
FILLED OUT ALL CHILD MOLESTERS, VICTIMS
CANTEEN SLIPS - Telling THEM IF THEY
DO NOT THEY'll BE BEAT UP. (KNIFE ?)
$118 - HE'S & OTHERS FORCED TO go to
STORE As THESE I/M WORKERS PRE-
FILL OUT THESE CANTEEN SLIPS. IN PAST
C/O Gamboa PROVIDED NAMES OF CHILD
Molesters & Balances & SET UP
VICTIMS THAT got Beat up.