UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-01511-JLT-CDB<br><br>**ORDER DIRECTING PLAINTIFF TO PAY FILING FEE WITHIN 14 DAYS** |

Plaintiff Matthew B. Cramer is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

**I.      RELEVANT BACKGROUND**

Plaintiff commenced this action with the filing of a complaint and an application to proceed *in forma pauperis* ("IFP") on October 23, 2023. (Docs. 1 & 2.)

On October 31, 2023, the Court issued Findings and Recommendations to deny Plaintiff's IFP application, finding he had accrued three or more "strikes" under 28 U.S.C. § 1915 and failed to show he was under imminent danger of serious physical injury. (Doc. 7.) It was recommended Plaintiff be ordered to pay the $402 filing fee within thirty (30) days. (*Id.* at 6.) Plaintiff filed his objections to those findings on November 8, 2023. (Doc. 9.)

On December 8, 2023, District Judge Jennifer L. Thurston adopted the Findings and Recommendations in full, denying Plaintiff's application to proceed IFP and ordering he pay the

1  $402 filing fee within 30 days of the date of service of the order. (Doc. 10.)

2  In response, Plaintiff filed a notice of appeal on November 21, 2023. (Doc. 11.)

3  On March 19, 2024, the Ninth Circuit Court of Appeals issued its Order. (Doc. 14.) The appellate court dismissed the appeal for Plaintiff's failure to prosecute, as Plaintiff did not pay the filing fees associated with the appeal. (*Id*.) The order was to "act as and for the mandate" of that court "21 days after" service on the district court. (*Id*.)

Because the appellate court's order is now final and the interlocutory appeal is resolved, this Court may address the issue of the outstanding filing fee for this action.

## II.    CONCLUSION AND ORDER

Plaintiff must pay the filing fee for this action in accordance with Judge Thurston's December 8, 2023 order. Accordingly, **IT IS HEREBY ORDERED** that Plaintiff **SHALL** pay the $402 filing fee **within 14 days** of the date of service of this order.

**Plaintiff is advised that should he fail to pay the required filing fee within 14 days of the date of service of this order, this action will be dismissed. (*See* Doc. 10.)**

IT IS SO ORDERED.

Dated:    **April 10, 2024**

UNITED STATES MAGISTRATE JUDGE

2