# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW B. CRAMER,<br><br>    Plaintiff,<br><br>    v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>    Defendants. | Case No.: 1:23-cv-1511 JLT CDB<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR PLAINTIFF'S FAILURE TO PAY FILING FEE |

The Court ordered Plaintiff to pay the filing fee after finding Plaintiff accrued three or more "strikes" under 28 U.S.C. § 1915 and failed to show he was under imminent danger of serious physical injury. (Doc. 10.) Plaintiff filed an appeal, which the Ninth Circuit dismissed on March 19, 2024. (Doc. 14.) The Ninth Circuit indicated the order was dismissing the appeal would "act as and for the mandate" of the Court 21 days after service. (*Id.* at 1.)

Following the dismissal of Plaintiff's appeal and the mandate of the Ninth Circuit, the Court reminded Plaintiff of his obligation to pay the filing fee. (Doc. 15.) However, Plaintiff failed to pay the filing fee, and the action cannot proceed without such payment. Accordingly, the Court **ORDERS**:

    1.    Plaintiff's complaint is **DISMISSED** without prejudice.

///

///

2. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: __May 2, 2024__

/s/ Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE